UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                    )
VERNON W. OFFICER, JR.,                             )
                                                    )   Case No. C17-0091RSL
                        Plaintiff,                  )
        v.                                          )
                                                    )   ORDER
UNITED STATES COAST GUARD,                          )
                                                    )
                        Defendant.                  )
_____)

   This matter comes before the Court on plaintiff's objections to Magistrate Judge Donohue's order denying a request for appointment of counsel. Dkt. # 10. Judge Donohue correctly applied the governing law to the facts of this case: plaintiff's objections are overruled.

   Dated this 3rd day of March, 2017.

                                    *MRS Lasnik*

                                    Robert S. Lasnik
                                    United States District Judge

ORDER