UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERNON W. OFFICER, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES COAST GUARD, <br><br> Defendant. | Case No. C17-0091RSL <br><br> ORDER OF DISMISSAL |

This matter comes before the Court *sua sponte*. On May 16, 2017, the case was stayed for one year to give plaintiff an opportunity to associate counsel and file an amended complaint that remedied the deficiencies identified in the Honorable James P. Donohue's Report and Recommendation (Dkt. # 17). Plaintiff was advised that the Court would adopt Judge Donohue's recommendation and dismiss the case on the existing record and without further notice if an adequate amended complaint were not timely filed (Dkt. # 21). No amended pleading having been filed, this matter is hereby DISMISSED.

Dated this 6th day of June, 2018.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL